UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                      CASE NO.: 19-25083-AJC
                                                                            CHAPTER 7

ORLANDO JESUS GONZALEZ,

_____DEBTOR._____/

## MOTION TO WITHDRAW AS ATTORNEY FOR
## DEBTOR ORLANDO JESUS GONZALEZ

COMES NOW Yulema Figueroa, counsel for debtor Orlando Jesus Gonzalez, and moves this Honorable Court for authorization to withdraw as attorney of record for the debtor, and in support hereof states:

1. The undersigned is the attorney of record for the debtor in the instant case.

2. The Voluntary Chapter 7 Petition was filed on November 7, 2019.

3. An Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy was entered on July 23, 2020.

4. An Order of Discharge was entered on August 11, 2020. This case remains open for administrative purposes.

5. Irreconcilable differences have arisen between debtor Orlando Jesus Gonzalez and the undersigned, making it impossible for the undersigned to continue representing the debtor.

WHEREFORE, the undersigned attorney respectfully requests that this Honorable Court grant this motion and enter an order allowing her to withdraw as attorney of record for debtor Orlando Jesus Gonzalez forthwith.

Respectfully submitted,

 /s/ Yulema Figueroa
YULEMA FIGUEROA, ESQ.
Attorney for the Debtor
300 SW 107th Ave. Ste. 213
Miami, Florida 33174
Telephone: (305) 552-9600
E-mail: figueroalaw@aol.com
Florida Bar No. 109843