UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 19-25083-AJC |
| ORLANDO JESUS GONZALEZ, | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | | |

**MOTION TO REVOKE DISCHARGE**
**IN ACCORDANCE WITH APPROVED SETTLEMENT**

COMES NOW, Robert A. Angueira, Trustee in Bankruptcy (the "*Trustee*"), and files this Motion to Revoke Discharge in Accordance with Approved Settlement and states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on November 7, 2019 (the "*Petition Date*").

2. Robert A. Angueira is the duly appointed Chapter 7 Trustee.

3. On July 24, 2020, this Court entered an Order Granting Trustee's Motion to Approve Stipulation to Compromise Controversy [D.E. 70] (the "*Settlement Order*").

4. The Settlement Order provides that the Debtor would pay the Trustee the total sum of $6,000.00 to be paid in 20 equal monthly payments of $300.00 to be made on the 10th day of each month starting on July 10, 2020 and ending on February 10, 2022.

5. Paragraph 12 of the Settlement Order also provides as follows:

> **"If the Debtor fails to timely make any of the payments described in paragraph 2, then after ten (10) days written notice emailed or mailed to the Debtor and the Debtor's counsel, the Trustee would be entitled to file a Motion and request a hearing seeking to revoke the Debtor's bankruptcy discharge."**

6. The Debtor has defaulted on the payment terms under the Settlement Order. Specifically, the Debtor has failed to make the $300.00 payments that were due on June 10, 2021

and July 10, 2021. As a result, the Debtor is $600.00 in arrears as of the date of this Motion. Additionally, a payment of $300.00 is due on August 10, 2021.

7. On July 12, 2021, the Trustee mailed a default letter to the Debtor, which is enclosed as **Exhibit A**.

8. The Trustee requests that the Debtor's discharge be revoked under the terms of the Settlement Order; unless $900.00 is received by the Trustee in clear funds by August 10, 2021.

**WHEREFORE**, the Trustee respectfully requests the entry of an Order (a) granting this motion; (b) revoking the Debtor's discharge unless $9000.00 in clear funds is received by the Trustee on or before August 10, 2021; (c) granting such other and further relief as this Court deems appropriate.

Respectfully submitted this 29th day of July, 2021.

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By ___/s/ *Yanay Galban*___
   YANAY GALBAN, ESQ
   Florida Bar No. 0105146

CASE NO.: 19-25083-AJC

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 29th day of July, 2021, to the Debtor as follows:

**Orlando Jesus Gonzalez**
11960 SW 4th Ter
Miami, FL 33184

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 29th day of July, 2021, to:

- **Robert A Angueira**   trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- **Yanay Galban**   yanay@rabankruptcy.com, robert@rabankruptcy.com

- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **Ariel Rodriguez**   ariel.rodriguez@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By     /s/ *Yanay Galban*
   YANAY GALBAN, ESQ
   Florida Bar No. 0105146

3

Exhibit "A"



# Robert A. Angueira, P.A.
Attorney at Law & Certified Public Accountant
Member of the Panel of Trustees in the Southern District of Florida

July 12, 2021

<u>Via U.S. Mail, First Class</u>
**Orlando Jesus Gonzalez**
11960 SW 4th Ter
Miami, FL 33184-1615

In Re:  Orlando Jesus Gonzalez
Case No.: 19-25083-AJC

Dear Mr. Gonzalez:

Enclosed is a copy of the Court's Order Approving the Settlement dated July 23, 2020 (the "Settlement Order"). The Settlement Order provides that Orlando Jesus Gonzalez (the "Debtor") was to pay the Trustee a total sum of $6,000.00 to be paid in twenty (20) equal monthly payments of $300.00 on the 10th day of each month starting on July 10, 2020 and ending on February 10, 2022.

The Debtor is currently in arrears $300.00, as a result of not having made the June 10, 2021 payment. Pursuant to the terms of the Settlement Order, if the Debtor fails to cure the default within 10 days of this letter, the Trustee would be entitled to file a Motion seeking to enforce the default provisions of the Stipulation, including but not limited to seeking to revoke the Debtor's discharge.

In order to cure the default, the Debtor must remit the past due payment, along with $300.00 currently due under the terms of the Stipulation (totavia a cashier's check made payable to Robert A. Angueira, Trustee.

Very truly yours,

Robert A. Angueira, Esq.
CHAPTER 7 RUSTEE

Enc. as stated

16 S.W. 1st Avenue    Miami Florida 33130            Phone 305.263.3328    Fax 305.263.6335
robert@rabankruptcy.com                               trustee@rabankruptcy.com
ADMITTED IN FLORIDA & NEW YORK